IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:20-cv-00004-D

| | |
|---|---|
| RICHARD L. JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GERALD BAKER, SHERIFF OF ) <br> WAKE COUNTY, in his official capacity, ) <br> ) <br> Defendant. ) <br> ) | **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

Defendant Gerald Baker, in his official capacity as Sheriff of Wake County, ("Baker" or "Defendant"), by and through his undersigned counsel and, pursuant to Local Rules 7.1, 7.2 and 56.1 and Rule 56 of the Federal Rules of Civil Procedure, requests the entry of Summary Judgment in favor of Baker as to the sole claim asserted by Plaintiff in this action – a claim for Title VII retaliation.

As explained more fully in the Local Rule 56.1 Statement of Material Facts and Appendix thereto, and Defendant's Memorandum of Law in Support of Defendant's Motion for Summary Judgment filed simultaneously herewith, Baker is entitled to Summary Judgment on Plaintiff's claims because the pleadings, discovery materials, and other evidence of record demonstrate:

- Plaintiff did not engage in Protected Activity as a Matter of Law;

- There is no Causal Connection between any Alleged Protected Activity and Baker's Decision not to Re-swear Plaintiff;

1

- Baker had Legitimate, Non-Retaliatory Reasons not to offer Plaintiff the opportunity to be sworn; and
- There is no evidence of Pretext.

As such, Defendant Baker requests that Defendant's Motion for Summary Judgment be granted, and that judgment be entered in favor of Baker and against Plaintiff, as a matter of law.

**WHEREFORE**, for the reasons set forth above as well as the attachments and Memorandum filed contemporaneously herewith, Defendant respectfully requests that its Motion for Summary Judgment be GRANTED, and Plaintiff's claims against him be dismissed entirely with prejudice, as a matter of law, and for such other and further relief as the Court deems just and proper.

Respectfully submitted this the 15th day June, 2021.

JACKSON LEWIS P.C.

By: */s/ M. Robin Davis*
M. ROBIN DAVIS
N. C. State Bar No. 21655
JASON V. FEDERMACK
N. C. State Bar No. 46014
Jackson Lewis P.C.
*Attorneys for Defendant*
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Robin.Davis@jacksonlewis.com
Email: Jason.Federmack@jacksonlewis.com

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO.: 5:20-cv-00004-D

| | |
|---|---|
| RICHARD L. JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GERALD BAKER, SHERIFF OF WAKE )<br>COUNTY, in his official capacity, )<br>)<br>Defendant. ) | **CERTIFICATE OF SERVICE** |

The undersigned certifies that on June 15, 2021, the foregoing *Defendant's Motion for Summary Judgment* was electronically filed with the Clerk of the Court, using the Court's CM/ECF electronic service system, which will send notification of such filing as follows:

Richard T. Gammon
Joseph E. Zeszotarski, Jr.
Gammon, Howard & Zeszotarski, PLLC
Post Office Box 1127
Raleigh, NC 27602
rgammon@ghz-law.com
jzeszotarski@ghz-law.com
*Attorneys for Plaintiff*

                                                                              */s/ M. Robin Davis*
                                                          M. ROBIN DAVIS
                                                          N. C. State Bar No. 21655
                                                          JASON V. FEDERMACK
                                                          N. C. State Bar No. 46014
                                                          Jackson Lewis P.C.
                                                          *Attorneys for Defendant*
                                                          3737 Glenwood Avenue, Suite 450
                                                          Raleigh, NC 27612
                                                          Telephone: (919) 760-6460
                                                          Facsimile: (919) 760-6461
                                                          Email: Robin.Davis@jacksonlewis.com
                                                          Email: Jason.Federmack@jacksonlewis.com

4825-7446-6538, v. 1

3