UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-4-D

| | |
|---|---|
| RICHARD L. JOHNSON,<br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GERALD BAKER, SHERIFF OF<br>WAKE COUNTY, in his official<br>capacity,<br>　　　　　　　　　　　　Defendant. | **RESPONSE TO COURT ORDER OF 24 FEBRUARY 2022** |

On 24 February 2022, the Court directed the parties to confer and determine three dates prior to 6 May 2022 and excluding Wednesdays and Thursdays, for a court-hosted settlement conference in this case. Plaintiff now reports to the Court that the parties have conferred, but given the varying schedules of the numerous required parties for the mediation, have been able to find only two such dates to propose at this time: 28 March 2022 and 5 April 2022. The parties can confer and provide additional dates after 6 May 2022 if the Court so requires.

1

This the 10th day of March, 2022.

                                          **GAMMON, HOWARD & ZESZOTARSKI, PLLC**

                                          /s/   Richard T. Gammon
Richard T. Gammon
State Bar No. 9807

/s/   Joseph E. Zeszotarski, Jr.
Joseph E. Zeszotarski, Jr.
State Bar No. 21310

P.O. Box 1127
Raleigh, NC  27602
(919) 521-5878
Fax:  (919) 882-1898
jzeszotarski@ghz-law.com

Counsel for Plaintiffs